**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:15-CV-01113-RBJ-KMT

SURETEC INSURANCE COMPANY

       Plaintiff,

  v.

FRONT RANGE DRYWALL, INC.;
NORTH METRO BUSINESS PARK, LLC; and
NICHOLAS R. SCHAPS II,

       Defendants.

_____

**ORDER RE: Stipulated Motion to Stay ECF No. 30**
_____

The Court, having reviewed the parties' Stipulated Motion to Stay and being full advised, hereby GRANTS THE MOTION.

The Court hereby VACATES the three-day trial set to commence on August 15, 2016.

The Court hereby VACATES the Scheduling Order (Doc. 13) and all deadlines therein, including the deadlines to complete discovery and to disclose/produce expert reports.

The Court hereby STAYS this Case pending resolution of claims made against Plaintiff's bonds by Walsh Construction Company II, LLC.  The Court orders that this case be administratively closed. If and when the parties wish to repoen the case, we will set a trial date but not over any then-existing trial scheduled.

The parties shall promptly notify the Court upon resolution of the Walsh claim and otherwise provide updates to the Court every 60 days from the date of this Order. Upon resolution of the Walsh claim, the parties shall contact the Court to obtain a new trial date and the entry of a new Scheduling Order including deadlines for completion of discovery and disclosure of expert reports.

Dated this 8th Day of March, 2016

_____
District Court Judge